UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **RANDAL WOODRUFF,**<br>    **PLAINTIFF,**<br><br>v.<br><br><br><br>**CKS Financial, LLC A/k/a**<br>**WEBCOLLEX, LLC**<br>    **DEFENDANTS.** | **CASE #: 3:12-cv-177-JRS**<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, plaintiff, by counsel, and pursuant to FRCP 41[a][1][A][i], gives notice to the court and all parties that this matter is settled, and therefore, plaintiff files this NOTICE OF DISMISSAL WITH PREJUDICE.  No defendant has filed a motion or appeared generally.

  /s/ Jason M. Krumbein
Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services, Inc
5310 Markel Rd. Suite 102
Richmond, V 23230
804.303.0204 voice
804.3.30209 fax
JKrumbein@KrumbeinLaw.com e-mail

**ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**NONE**

**And to the following non-filing users:**

David B. Ashe, Esq.
100 Constitution Dr, Suite 124
Virginia Beach, VA 23462

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
5310 Markel Rd., Suite 102
Richmond, VA 23230
804.303.0204 - Telephone
804.303.0209 – Facsimile