UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



RANDAL WOODRUFF,

    Plaintiff,

v.

CKS FINANCIAL, LLC
a/k/a WEBCOLLEX, LLC,

    Defendant.

Action No. 3:12-CV-177

## ORDER

THIS MATTER is before the Court on a Notice of Dismissal of with Prejudice submitted by Plaintiff Randal Woodruff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff represents that the parties have settled the matter. Accordingly, the Court finds that the above-captioned case should be DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the settlement agreement between the parties.

Let the Clerk send a copy of this Order to all parties and counsel of record.

It is SO ORDERED.

                    /s/
James R. Spencer
United States District Judge

ENTERED this __15th__ day of May 2012.